# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

NATHAN J. CHERRY,                          : No. 17 WAP 2020
                                           :
                    Appellant              : Appeal from the Order of the
                                           : Commonwealth Court entered May
                                           : 20, 2020 at No. 201 M.D. 2020.
            v.                             :
                                           :
                                           :
PENNSYLVANIA BOARD OF PROBATION            :
AND PAROLE,                                :
                                           :
                    Appellee               :


## ORDER


**PER CURIAM**

    **AND NOW,** this 18th day of May, 2021, the Commonwealth Court's order dismissing Appellant's Petition for Writ of Mandamus as moot is vacated. The case is remanded to the Commonwealth Court for reconsideration in light of its decision in *Mesko v. Pa. Bd. of Prob. & Parole*, 245 A.3d 1174 (Pa. Cmwlth. 2021).